

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00375-CV

JIN SONG, Appellant

V.

PAUL SUNG UH KANG, Appellee

§ On Appeal from the 48th District Court

§ of Tarrant County (048-270933-14)

§ April 9, 2020

§ Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Jin Song shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr